RECEIVED
IN MONROE, LA
JUL 1 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DAWNE SMITH, INDIVIDUALLY AND ON BEHALF OF EDNA CHAMBLESS | * | CIVIL ACTION NO. 08-0104 |
| VERSUS | * | JUDGE JAMES |
| MEDTRONIC, INC. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint, be, and it is hereby DISMISSED, WITHOUT PREJUDICE.

THUS DONE AND SIGNED this 30 day of June, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE